IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENVIRONMENTAL WORLD WATCH, INC.,

          Plaintiff,

v.

AMERICAN AIRLINES, INC., et al.,

          Defendants.

NO. C05-01799 TEH

ORDER LIMITING JUNE 27, 2005 HEARING TO THE MOTION TO REMAND

      Currently before the Court are Plaintiff's motion to remand and Defendants' various motions to dismiss. For reasons of economy and efficiency, at the hearing on June 27, 2005, the Court will only hear argument relating to the motion to remand. Upon resolution of that issue, the Court will address the various motions to dismiss as necessary.

**IT IS SO ORDERED.**

DATED   06/21/05                     /s/
                                      THELTON E. HENDERSON, JUDGE
                                      UNITED STATES DISTRICT COURT